AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| SHANNON BROWN | Case Number: **1:16CR00008-001** |
|  | Defendant's Attorney: Erin Snider, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to Counts __One, Two, and Three__ of the Information.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 16 U.S.C. § 3372 (a)(2)(A), 3373(d)(2) | Interstate Transport Of Illegally Taken Wildlife | Between May 27, 2010 and June 2, 2010 | One |
| 16 U.S.C. § 3372 (a)(2)(A), 3373(d)(2) | Interstate Transport Of Illegally Taken Wildlife | Between June 2, 2010 and October 4, 2010 | Two |
| 16 U.S.C. § 3372 (a)(2)(A), 3373(d)(2) | Interstate Transport Of Illegally Taken Wildlife | April 25, 2011 | Three |

    The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[ ] Count (s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.                    [✓] Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

2/19/2016
Date of Imposition of Judgment

*/s/ Stanley A. Boone*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
2/19/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **SHANNON BROWN**  
CASE NUMBER: **1:16CR00008-001**

Page 2 of 4

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>48 months, expires on 2/19/2020</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $6,000.00 and a special assessment of $75.00 for a total financial obligation of $6,075.00, which shall be paid at the rate of $125.00, per month commencing on 3/15/2016, and each month thereafter by the 15th of the month until paid in full. The special assessment of $75.00 shall be paid by 2/19/2016. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:  
   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721
5. The Defendant is ordered to personally appear for a Probation Review Hearing on 8/17/2017 at 10:00 am before U.S. Magistrate Judge Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
6. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.
7. The Defendant shall complete 100 hours of community service. The Defendant shall perform and complete the community service hours within 36 months.
8. Without limitation on any other independent search and inspection authorities by governmental entities, the defendant shall submit to warrantless inspection, during daylight hours, of all reptiles and amphibians in the defendant's residence, or otherwise in the possession, custody, or control of the defendant. Within 24 hours of sentencing, the defendant shall provide an inventory of all of his reptiles and amphibians, which are identified by species, location of origin, and photograph.
9. The defendant is prohibited from acquiring any additional reptiles and amphibians.
10. The defendant is banned from engaging in the sale, barter, exchange, or shipment of reptiles and amphibians.
11. The defendant is prohibited from molesting, disturbing, harassing, pursuing, harming, or touching any wild reptile, amphibian, or its eggs, nests, burrows, holes, dens, trees, logs, pits, or resting areas.
12. The defendant shall not commit any violation of state or federal law regarding natural resources.
13. The defendant is prohibited from attending any reptile, amphibian, or exotic pet show, conference, or convention.

AO 245B-CAED(Rev. 09/2011) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **SHANNON BROWN**  
CASE NUMBER: **1:16CR00008-001**

Page 3 of 4

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine      | Restitution |
|--------|-----------|-----------|-------------|
| TOTALS | $75.00    | $6,000.00 |             |

[ ] The determination of restitution is deferred until ___ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✓] The defendant must pay a fine to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Fish and Wildlife Service, Division of Financial Management Cost Accounting Section 7333 W Jefferson Avenue, Suite 300 Lakewood, Colorado 80235 | $6,075.00 | $0.00 | |
| **Totals** | **$6,075.00** | $____ | |

[ ] Restitution amount ordered pursuant to plea agreement $___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalities for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

    [ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED(Rev. 09/2011) Sheet 6 - Schedule of Payments

DEFENDANT: **SHANNON BROWN**  
CASE NUMBER: **1:16CR00008-001**

Page 4 of 4

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A.  [✓]  Lump sum payment of $ __75.00__ due immediately, balance due

   [ ]  Not later than ___, or

   [✓]  in accordance   [✓] C,   [ ] D,   [ ] E, or   [ ] F below; or

B.  [ ]  Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [ ] F below); or

C.  [✓]  Payment in equal __monthly__ (e.g. weekly, monthly, quarterly) installments of $ __125.00__ over a period of __until paid in full__ (e.g. months or years), to commence __3/15/2016__ (e.g. 30 or 60 days) after the date of this judgment; or

D.  [ ]  Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E.  [ ]  Payment during the term of supervised release/probation will commence within ___ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F.  [✓]  Special instructions regarding the payment of crimimal monetary penalties:

   [✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**

   [✓] CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

   Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.  
   **Pursuant to 16 U.S.C. $ 3375(d), the Clerk of Court shall direct the fine to the Lacey Act Reward Fund at the following address: United States Fish and Wildlife Service, Division of Financial Management Cost Accounting Section 7333 W Jefferson Avenue, Suite 300 Lakewood, Colorado 80235**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.