1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SHANNON BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00008-SAB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO VACATE AUGUST 17, 2017 REVIEW HEARING; ORDER |
| vs. | ) ) | |
| SHANNON BROWN, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Christopher Hale, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Shannon Brown, that the Court may vacate the August 17, 2017 review hearing.  Mr. Brown passed away on July 26, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General of the Environmental
and Natural Resources Division

Date:  December 16, 2016         */s/ Christopher L. Hale*
                                 CHRISTOPHER L. HALE
                                 Trial Attorney
                                 Environmental Crimes Section


HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2016          */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SHANNON BROWN


**O R D E R**

In light of defendant Shannon Brown's passing, the August 17, 2017 review hearing is hereby vacated.


IT IS SO ORDERED.

Dated:   **December 16, 2016**

UNITED STATES MAGISTRATE JUDGE